AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ADELYN PANIAGUA CONTRERAS and SADIEL CASTILLO, Individually and on Behalf of all Other Similarly Situated Persons,<br><br>*Plaintiff(s)*<br>v.<br><br>J. F. MEAT & GROCERY CORP. d/b/a C-Town Supermarket, and LUIS FERREIRA, Individually<br><br>*Defendant(s)* | Civil Action No. 18-CV-9851 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  J. F. Meat & Grocery Corp. (Via Secretary of State)
1016 St. Nicholas Avenue, New York, New York, 10032

Luis Ferreira (Via Place of Employment)
1016 St. Nicholas Avenue, New York, New York, 10032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex Umansky (AU7961)
Law Office of Yuriy Moshes, P.C.
322 West 48th Street, 6th Floor
New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   10/26/2018                                             /S/ P. NEPTUNE
                                                               *Signature of Clerk or Deputy Clerk*

