# LAW OFFICE OF
# YURIY MOSHES, P.C.

*Please reply to our NEW YORK CITY office*

| 322 West 48th Street, 6th FL | 111 Northfield Ave, Suite 208A | 517 Brighton Beach Ave., 2nd Floor |
| New York, NY 10036 | West Orange, NJ 07052 | Brooklyn, NY 11235 |

Tel. (888) 445-0234 Fax: (646) 843-7570

Yuriy Moshes, Esq.                                                          Gennady Litvin, Esq.
Alex Umansky, Esq.                                                         Jeffrey T. Rosenberg, Esq.
*Members of NJ and NY Bar.*                                          *Members of NY Bar.*

March 19, 2019

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 705
New York, NY 10007

Re: **Contreras et al. v. J & F Meat & Grocery Corp. et al.
18-CV-09851 (PGG)(KHP)**

Your Honor:

    We represent Plaintiffs Adelyn Paniagua Contreras and Sadiel Castillo ("Plaintiffs") in the above-referenced action. We write to provide the Court with an amended proposed settlement agreement, attached hereto as Exhibit "A." The submission yesterday inadvertently left out page 4 of the proposed settlement agreement. We apologize to the Court for the inconvenience and thank the Court for its assistance in this matter.

Respectfully submitted,

_____/s/_____
Alex Umansky, (AU7961)
Law Office of Yuriy Moshes, P.C.
*Attorneys Plaintiff*
322 West 48th Street, 6th Floor
New York, New York 10036
aumansky@mosheslaw.com
(718) 504-6090

cc: Gregory S. Lisi, Esq.
Michael A. Berger, Esq.
FORCHELLI DEEGAN TERRANA LLP
glisi@forchellilaw.com
mberger@ForchelliLaw.com
*Attorneys for Defendants*
(Via E-mail and ECF)