**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X   Case No. 18-CV-9851

ADELYN PANIAGUA CONTRERAS and
SADIEL CASTILLO, *Individually and on Behalf
of all Other Similarly Situated Persons*,

                          Plaintiffs,

      - against -

J. F. MEAT & GROCERY CORP. *d/b/a C-Town
Supermarket*, and LUIS FERREIRA, *Individually*,

                        Defendants.
-----------------------------------------------------------------X

**STIPULATION AND PROPOSED ORDER OF DISMISSAL**

Plaintiffs ADELYN PANIAGUA CONTRERAS and SADIEL CASTILLO and Defendants J. F. MEAT & GROCERY CORP. and LUIS FERREIRA, by and through their respective undersigned counsel, hereby stipulate to dismissal with prejudice of the complaint in this action pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), and subject to the terms and conditions of the parties' Settlement Agreement. The Court is respectfully asked to retain jurisdiction to enforce the Settlement Agreement in this action.

Dated: New York, New York
       July 22, 2019

| | |
|---|---|
| **LAW OFFICE OF YURIY MOSHES, P.C.** | **FORCHELLI DEEGAN TERRANA, LLP** |
| By: /s/ | By: /s/ |
| Jessenia Maldonado | Gregory S. Lisi |
| 322 West 48th Street | The Omni, Suite 1010 |
| New York, New York 10036 | 333 Earle Ovington Boulevard |
| (718) 504-6090 | Uniondale, NY 11553 |
| *Attorneys for Plaintiffs* | (516) 248-1700 |
| | *Attorneys for Defendants* |

     IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice in its entirety as against all parties. The Court retains jurisdiction in this matter to enforce the Settlement Agreement in this action.

DATED: July 23

By the Court:

_____
Honorable Paul G. Gardephe
United States District Judge